**Order entered November 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00521-CV

**ALFRED HENDRICKS SR., Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-30828**

## ORDER

We **GRANT** appellant's November 16, 2015 motion to withdraw appellant's motion to dismiss and appellant's motion to retain case on the docket. We **ORDER** appellant's brief be filed no later than December 17, 2015. Appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/     CRAIG STODDART
         JUSTICE